■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN PENTELTON, Appellant. [836 NYS2d 451]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Erie County Court, Michael F.

Pietruszka, J.—Violation of Probation). Present—Scudder, P.J., Martoche, Smith, Centra and Peradotto, JJ.